UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY COE, an individual on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>PACIFIC CHOICE SEAFOOD COMPANY, an Oregon corporation; et al.,<br><br>    Defendants. | Case No. 2:20-CV-00585 JAM-JDP<br><br><br><br>**RELATED CASE ORDER** |
| ANTHONY COE, an individual on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>PACIFIC CHOICE SEAFOOD COMPANY, an Oregon corporation; et al.,<br><br>    Defendants. | Case No. 2:21-CV-00538 WBS-KJN |

   Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

   The parties should be aware that relating the cases under

1

Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated 2:21-cv-00538 WBS-KJN be reassigned to Judge John A. Mendez and Magistrate Judge Jeremy D. Peterson for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:21-cv-00538 JAM-JDP.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:   April 2, 2021            /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE