# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY COE, an individual on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC CHOICE SEAFOOD COMPANY, an Oregon corporation; PACIFIC SEAFOOD, a business entity of unknown form; RESOURCE STAFFING GROUP, INC., an Oregon corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00585-DJC-JDP<br><br>Judge: Hon. Daniel J. Calabretta<br><br><u>CLASS ACTION</u><br><br>**ORDER** |

Based on the Parties' Joint Stipulation to Remand, the Court hereby adopts the terms of the Joint Stipulation. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;
2. Eastern District of California case number 2:20-cv-00585-DJC-JDP is hereby remanded to Sacramento County Superior Court.

///

ORDER

FP 48470852.2

3. The Clerk of Court shall serve a copy of this order on Sacramento County Superior Court.

4. Defendants will have the right to remove this Action back to this Court should the Sacramento County Superior Court not grant final approval of the Settlement without objection from Plaintiff, if necessary.

**IT IS SO ORDERED.**

Dated:  March 6, 2024                                         /s/ Daniel J. Calabretta
                                                                              THE HONORABLE DANIEL J. CALABRETTA
                                                                              UNITED STATES DISTRICT JUDGE